IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KEITH A. PRIAL, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-CV-00917 |
| ) | |
| v. ) | Judge Trauger |
| ) | |
| ENERFAB, INC., ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties.

Respectfully submitted this 8th day of July 2013.

/s/ Jonathan L. Griffith
Jonathan L. Griffith, TN Bar No. 19405
GRIFFITH & ROBERTS, PLLC
213 5th Avenue North, Suite 300
Nashville, TN 37219
Phone: 615-425-4400
jgriffith@griffithroberts.com
*Attorney for Plaintiff*

/s/ Luther Wright, Jr.
Luther Wright, Jr., TN Bar No. 007626
Michael G. Johnson, TN Bar No. 029235
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
615.254.1900 (telephone)
615.254.1908 (facsimile)
luther.wright@ogletreedeakins.com
michael.johnson@ogletreedeakins.com
*Attorneys for Defendant Enerfab, Inc.*

15426858.1